**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHAD ALLEN BACHMANN, DUSTIN LEE WOLFF, and LAURA LORENA RASMUSSEN,

Defendants.

CR 25-93-BLG-WWM

FINAL ORDER OF FORFEITURE

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture (Doc. 144) pursuant to Federal Rule of Criminal Procedure 32.2(c)(2). Having reviewed the motion, the Court finds:

1. The United States commenced forfeiture in this action pursuant to 21 U.S.C. §§ 853(a)(1)-(2), 881(a)(11) and 18 U.S.C. § 924(d) for violating 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 922(g)(1), to which Defendants pled guilty. (Docs. 102, 103, 117).

2. On April 14, 2026, the Court entered Preliminary Orders of Forfeiture. (Docs. 120, 121, 122).

3. Publication has been effected as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6), and all known interested parties were provided an opportunity to respond. Except as identified below, no

claims have been made to any of the identified forfeitable property, and the time for doing so has expired.

4. There appears to be cause to issue a final order of forfeiture under Federal Rule of Criminal Procedure 32.2(c)(2).

Accordingly, **IT IS ORDERED** that the Unopposed Motion for Final Order of Forfeiture (Doc. 144) is **GRANTED.**

1. The United States is directed to return the following firearm to its lawful owner J.C.C., when no longer needed as evidence and in accordance with governing law:

- Glock GMBH, model 19, 9mm caliber pistol (S/N: BCCH491), seized on or about May 5, 2025;

2. The United States is directed to return the following firearm to its lawful owner J.T.R., when no longer needed as evidence and in accordance with governing law:

- Taurus, model G3, 9mm caliber pistol (S/N: AEK770707), seized on or about May 22, 2025; and
- .556 caliber pistol, model and manufacturer unknown (S/N: none), seized on or about May 22, 2025.

**IT IS FURTHER ORDERED** that judgment of forfeiture of the following property shall be entered in favor of the United States pursuant to 21 U.S.C.

§§ 853(a)(1)-(2) and 881(a)(11) and 18 U.S.C. § 924(d), free from the claims of any other party:

- Smith & Wesson, model M&P 380 Shield EZ, .380 caliber pistol, S/N: NKA7088, seized on or about May 5, 2025;
- $14,525.00 in U.S. currency seized on or about May 4, 2025;
- Smith & Wesson, model Bodyguard, .380 caliber pistol, S/N: obliterated, seized on or about May 29, 2025;
- $10,520.00 in U.S. currency, seized on or about May 29, 2025;
- Springfield, model XDS, .45 caliber pistol, S/N: S3276308, seized on or about May 29, 2025; and
- Any associated firearms accessories and ammunition.

**IT IS FURTHER ORDERED** that the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law when no longer needed as evidence.

The Clerk of Court is directed to notify the parties of the making of this Order.

Dated this 14th day of August, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE